# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, <br> Plaintiff, <br> v. <br> GIOVANNI CASTILLO (3), <br> PAUL JONNATON LOPEZ-MACHADO (7), <br> Defendants. | Case No. 11cr2287-MMA <br><br> **ORDER OF DISMISSAL OF INDICTMENT** <br><br> [Doc. No. 291] |

Upon application of the United States Attorney, good cause appearing, the Indictment in the above-captioned case against Defendants GIOVANNI CASTILLO (3) and PAUL JONNATON LOPEZ-MACHADO (7) is hereby **DISMISSED** without prejudice.

**IT IS FURTHER ORDERED** that the bench warrants for GIOVANNI CASTILLO (3) and PAUL JONNATON LOPEZ-MACHADO (7) be recalled.

**IT IS SO ORDERED**.

DATED: April 9, 2014

HON. MICHAEL M. ANELLO
United States District Judge